In the Matter of Jordin K., an Infant. Genesee County Department of Social Services, Respondent; Ashley K., Ap-

pellant. (Appeal No. 2.) [32 NYS3d 536]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered October 28, 2014 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Alexus R.L. (Ashley K.)* (140 AD3d 1699 [2016]). Present—Smith, J.P., Carni, DeJoseph, Curran and Troutman, JJ.